UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION NO. 17-00231-01** |
| **VERSUS** | * | **JUDGE S. MAURICE HICKS, JR.** |
| **GEORGE E. FULLER** | * | **MAGISTRATE JUDGE HAYES** |

## O R D E R

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the defendant George Fuller, and adjudges him guilty of the offense charged in Count Two of the Indictment against him.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 6th day of December, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT